# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

DOROTHY TERRY,

    Plaintiff,

v.

MILLENIA HOUSING MANAGEMENT, LLC, individually and d/b/a MEMPHIS TOWERS APARTMENTS; MILLENIA HOUSING DEVELOPMENT, LTD., individually and d/b/a MEMPHIS TOWERS APARTMENTS; MEMPHIS TOWERS TC INVESTMENT, LLC, individually and d/b/a MEMPHIS TOWERS APARTMENTS; MEMPHIS TOWERS TN TC, LP, individually and d/b/a MEMPHIS TOWERS APARTMENTS; JOHN DOES 1-5, individually and d/b/a MEMPHIS TOWERS APARTMENTS,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:22-cv-2598-SHL-cgc

---

## ORDER GRANTING JOINT MOTION TO REMAND

---

Before the Court is the Parties' Joint Motion to Remand, (ECF No. 10), filed October 13, 2022. The Parties aver that, following discussions between Plaintiff and Defendants, "it became clear that the amount in controversy did not exceed $75,000," potentially depriving this Court of its diversity jurisdiction over this case. (Id. at PageID 32.) The Parties also note that, while no settlement was reached during the discussions, Plaintiff has agreed that she will not seek damages greater than $74,000 upon remand and plans to file a stipulation to that effect with the Circuit Court.

Given the agreement between the Parties, the Court **GRANTS** the Joint Motion. The Court therefore **REMANDS** this case to the Circuit Court of Shelby County, Tennessee.

**IT IS SO ORDERED,** this 13th day of October, 2022.

> s/ Sheryl H. Lipman
> SHERYL H. LIPMAN
> UNITED STATES DISTRICT JUDGE